UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**Theodore Willenbring,**

**Plaintiff,**

**v.**

**Prudential Insurance Company of America, et al.,**

**Defendants.**

**Civil 00-2116 RHK/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: December 21, 2000.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 22 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER 00-2116 RHK/JGL

Use this case number for all further filings.