**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Theodore Willenbring,

Plaintiff,

vs.

Prudential Insurance Company of America, Prodential Merged Retirement Plan, Art Ryan, in his capacity as trustee for the Prudential Merged Retirement Plan, a/k/a Pru Plans, The Prudential Trust Company, as trustee for the Retirement System for the United States Employees and Special Agents, and Art Ryan, as Fiduciary for Prudential Merged Retirement Plan, a/k/a Pru Plan, a/k/a Pru Plans,

Defendants.

Civil No. 00-2116 (RHK/JGL)

**ORDER**

---

Before the Court is Defendants' Motion to Dismiss pursuant to Rules 8(a)(2), 8(e)(1) and 12(e) of the Federal Rules of Civil Procedure. The Motion was served on December 20, 2000. To date, there has been no response.

Upon all the files, records, and proceedings herein, the Court finds that (1) the 29-page, 105-paragraph Complaint does not comply with the dictates of Rule 8(a)(2):

> A pleading . . . shall contain . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief . . . .

and (2) Plaintiff is in default in responding to the instant Motion to Dismiss.

Accordingly, the Complaint is **DISMISSED WITHOUT PREJUDICE.**

FILED FEB 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 20, 2001

RICHARD H. KYLE
United States District Judge

FEB 2 0 2001

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES:

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995