# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Theodore Willenbring

Case No. Civil 00-2116RHK/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Prudential Ins. Co. of America, Prudential Merged Retirement Plan, Art Ryan, in his capacity as trustee for the Prudential Merged Retirement Plan, a/k/a Pru Plans, The Prudential Trust Co., as trustee for the Retirement System for the United States Employees and Special Agents, and Art Ryan as Fiduciary for Prudential Merged Retirement Plan, a/k/a Pru Plan, a/k/a Pru Plans

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED WITHOUT PREJUDICE.**

DATE: February 20, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk